# EXHIBIT 1

Obtained via FOIA by Judicial Watch, Inc.

pathways to monitor for mis/disinformation online. We have a dedicated email line, voter hotlines, media monitoring tools, contractors, etc. to stay apprised on misinformation and give voters an outlet to report. We always see an influx in misinformation around elections, but this year it was louder than ever.

Given the sheer volume and nature of social media, we at the State level monitor for trends and themes more often than we do individual pieces of misinformation in order to ensure we're countering misinformation with fact-based messaging.

Since September, our office has tracked somewhere around 200 social media/media posts, but our priority is working closely with social media companies to be proactive so when there's a source

1/3

of misinformation, we can contain it. It would be difficult to quantify what what reported the MOST, as misinformation surged around different things in the news or events.

Did the Secretary of State's office reach out to any social media companies to help them combat misinformation?

If so, who was contacted, what concerns were expressed and how did the social media company respond?

We have working relationships and dedicated reporting pathways at each major social media company. When we receive a report of misinformation on a source where we don't have a pre-existing pathway to report, we find one. We've found that many social media companies are taking responsibility on themselves to do this work as well.

We worked

closely and proactively with social media companies to keep misinformation from spreading, take down sources of misinformation as needed, and promote our accurate, official election information at every opportunity.

In your opinion did misinformation play an influential role in dissuading voters during this election cycle?

Misinformation led to greater voter anxiety, but it didn't dissuade voters from voting. We saw record breaking numbers across all fronts, including those metrics that indicate a deep desire to vote but a need for more assurance in the process like voting early and signing up for Where's My Ballot to track the status of their ballot throughout the process.

How did the Secretary of State's office deal with misinformation?

3/3