# EXHIBIT 2

| | |
|---|---|
| **To:** | Maria Benson |
| **Cc:** | Reynolds, Leslie ; Milhofer, John ; Lindsey Forson ; Dodd, Stacy |
| **From:** | Maria Benson |
| **Sent:** | Thur 10/1/2020 7:33:43 AM (UTC-07:00) |
| **Subject:** | NASS Communications: CIS 1 pager and Twitter updates |

EI-ISAC Reporting Misinformation Sheet Final.pdf
8.28.20 Copy of NASS and NASED Twitter Portal List.xlsx

Good Morning Communications Directors,

I wanted to pass along the **attached** one pager on the new CIS single source mis/disinformation reporting channel I updated you on 9/29 (**original email below**).

Twitter also asked me to let you guys know about a couple items…copy/pasted below:

(1) State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: https://trainingforuselectionpartners.splashthat.com/

(2) We are onboarding state and local election officials onto Twitter's Partner Support Portal. The Partner Support Portal is a dedicated way for critical stakeholders -- like you -- to flag concerns directly to Twitter. These concerns can include technical issues with your account and content on the platform that may violate our policies. Email PSPOnboarding@Twitter.com to enroll.

If you do decide to join the PSP please cc' me for awareness. Attached is the last list I have, which I've asked Twitter to cross reference with those they have in their files. But alas, if you'd like to just report to the new CIS reporting structure that works too! Up to you!

Two last things… I bcc'd you all on the press release for the new NASS 2020 Election FAQs but just in case you didn't see it you can find the FAQs here; and today begins National Cybersecurity Awareness Month and American Archives Month.

Onward,

*Maria Benson*
Director of Communications
National Association of Secretaries of State (NASS)
444 N. Capitol Street NW, Suite 401 | Washington, DC 20001
Desk: 202-624-3528| Cell:
www.nass.org

 

---

**From:** Maria Benson
**Sent:** Tuesday, September 29, 2020 11:40 AM
**To:** Maria Benson
**Cc:** 'Reynolds' < ; 'John Milhofer ; Lindsey Forson ; 'Stacy Dodd' <
**Subject:** NASS Communications: Several Updates


Good Afternoon Communications Directors,

Don't TL;DR at me, but I have several odds and ends updates that I wanted to package together:

**NEW Single Source CIS Mis/Disinformation Reporting Email**
To help combat misinformation in elections, the EI-ISAC has teamed up with CISA, NASS, NASED, and Stanford University to