# EXHIBIT 4

| | |
|---|---|
| **To:** | Jimenez, Jerry[ ]; Grambusch, Claire[ ]; Lapsley, Susan[ ]; Reyes, Steve[ ]; Valle, Paula[ ] |
| **From:** | Mahood, Sam[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5ADE179F920245A594801E1F9BC7464F-MAHOOD, SAM] |
| **Sent:** | Tue 4/30/2019 9:22:39 AM (UTC-07:00) |
| **Subject:** | Fw: NASS Communications: Reporting Social Media Mis/Disinformation |

Jerry, Claire, Susan, Steve,

Please see this email from NASS about reporting social media misinformation to various social media platforms.

-Sam

---

**From:** Maria Benson [ ]>
**Sent:** Tuesday, April 30, 2019 9:19 AM
**To:** Maria Benson
**Cc:** Reynolds, Leslie; Milhofer, John; Dodd, Stacy; Lindsey Forson
**Subject:** NASS Communications: Reporting Social Media Mis/Disinformation

Good Afternoon Communications Directors,

We all know that mis/disinformation on social media does not disappear when we aren't running major elections. If you see something on a platform, please report it. In addition, please pass this on to your local election officials as well. **I would also appreciate a heads up so I know what is going on, this helps us create a more national narrative.**

Reporting mechanisms currently in place:

**Facebook**

Send email to reports@content.facebook.com; copy Eva Guidarini ( ) and your state Facebook representative; include "election mis/disinformation" or something similar in subject line. Identify specific pieces of content that potentially violate their voter fraud and suppression policy using links to content on FB; if you believe pages or profiles are inauthentic, send links to pages or profiles. If there is a statute or regulation on point (e.g., if misrepresentation concerns voting requirements), please include that information in email.

**Twitter**

To report something, Twitter has an election partner portal which NASS has access to. You will need to email me ( ) as much information as you have and I will submit it through the portal as soon as possible, including Twitter handle, tweet content, link, why you believe it is mis/disinformation, etc. I will also include your contact information in the report so Twitter can get back to you about it directly.

**Google**

When there is a question about the legality of an election advertisement or how it falls under a Google policy, please