# EXHIBIT 5

| | |
|---|---|
| **To:** | Mahood, Sam [ ] |
| **Cc:** | Reyes, Steve [ ], Valle, Paula [ ] |
| **From:** | Kevin Kane [ ] |
| **Sent:** | Tue 12/31/2019 7:51:23 AM (UTC-08:00) |
| **Subject:** | Re: Fw: Case# 0136918935: partner_election [ref:00DA0000000K0A8.5004A00001qaD26:ref] |

Sam-

Thank you for reporting, this Tweet has been removed. Please don't hesitate to contact me if there is anything else we can do.

Best regards,

Kevin

On Mon, Dec 30, 2019 at 9:05 PM Mahood, Sam < > wrote:

> Hi Kevin,
>
> Flagging the following tweet that I reported through the partner portal. This tweet is sharing a doctored image of a California Voter Registration Card (inaccurately claiming that the Republican Party is not an option):
> https://twitter.com/Paul_USAPatriot/status/1211709756311621633
>
> We would like this tweet taken down ASAP to avoid the spread of election misinformation.
>
> Please let us know if there is anything else we can do to facilitate this request.
>
> Thank you,
>
> -Sam
>
> Sam Mahood - Press Secretary, California Secretary of State Alex Padilla
>

---

**From:** Twitter Support <support@twitter.com>
**Sent:** Monday, December 30, 2019 6:02 PM
**To:** Mahood, Sam [ ]
**Subject:** Case# 0136918935: partner_election [ref:00DA0000000K0A8.5004A00001qaD26:ref]



Hello,

This is a confirmation that we've received your request. Someone from our team will review it and reply to you shortly.


Thanks,

Twitter Support

ref:00DA0000000K0A8.5004A00001qaD26:ref

Help | Privacy
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

1/1