# EXHIBIT 6

| | |
|---|---|
| **To:** | Valle, Paula; Dresner, Jenna; Mahood, Sam; Jones, Akilah |
| **Cc:** | Heather Wilson; Emily Campbell; Jason Rosenbaum; Tania Mercado; Grace Gill; Julia Schechter |
| **From:** | Zeke Sandoval |
| **Sent:** | Fri 11/13/2020 4:43:28 PM (UTC-08:00) |
| **Subject:** | Misinformation Daily Briefing: 11/13 |

**Weekly Recap:**

On Monday 11/9 @ErrolWebber tweeted, "George Bush was declared December 15th. It is only the 1st week of November now. Be patient. PRESIDENT TRUMP WON!" The post has been flagged as misleading by Twitter.

On Tuesday 11/10 The New York Times reported that tech companies are struggling to keep up and identify false claims that Joe Biden lost in Pennsylvania, the state that put him over the 270 electoral vote threshold.

On Wednesday 11/11 Forbes reported Facebook's ban on political ads will continue for at least another month. The 2020 election results will not be certified until the middle of December.

On Thursday 11/12 @realDonaldTrump tweeted, "REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN." @ChanelRion@OANN." The tweet has been flagged by Twitter.

**National**

CNN reported the Trump campaign has eliminated their voter fraud hotline after it was flooded with prank calls. The campaign is yet to provide evidence of widespread voter fraud.

@realDonaldTrump tweeted, "For years the Dems have been preaching how unsafe and rigged our elections have been. Now they are saying what a wonderful job the Trump Administration did in making 2020 the most secure election ever. Actually this is true, except for what the Democrats did. Rigged Election!"

Breitbart published a report by Tom Fitton in which the conservative activist claims to have exposed massive voter fraud across the country.

The New York Times warned that the term election fraud is becoming more popular in some circles. The Times concluded that "The Rush Limbaugh Show," which averages about 15 million listeners per week, has mentioned the term 204 times since Election Day.

**California:**

@RealErinCruz tweeted, "Story after story of votes wrongly allocated, some individuals being told they already electronically voted when they were trying to relinquish their mail in ballot at voting assistance centers so they could vote in person... We need a FULL AUDIT. I'm not stopping. #CA36," along with a video of a computer programmer claiming he was hired to rig an election.

ABC News included President Trump's tweet about ballots being illegally collected in CA after the election on their list of debunked election misinformation. The ballot box was sealed on Election Day, meaning all ballots inside were eligible to be counted.

NBC 4 reported the Orange County registrar is conducting an audit of local election results in search of possible errors. The audit is not required by law but is tradition.

@DC_Draino tweeted, "Audit every California ballot Election fraud is rampant nationwide and we all know California is one of the culprits Do it to protect the integrity of that state's elections."

The Daily Breeze published an opinion piece calling expanded mail voting an "electoral success." The piece claims that both Democrats and Republicans benefited from the change.

@WatchTheBreaks tweeted, "Just did some research on California voting and unless I'm missing something, there isn't a place I can see HOW my

ballot was counted. I think that inability for me to check my Votes in the system (not just IF it was counted) is a big flaw, regardless of which side you are on."

**Narrative:**

@SteveHiltonx tweeted, ""The Democratic strategy...was to get rules in place that would allow them to flood the zone with additional mail-in ballots...the beauty of ballot harvesting is that it's nearly impossible to prove fraud" @KimStrassel details Democrats' systemic meddling," along with a link to a Wall Street Journal opinion piece that contains the quote.

Fox News reported that Nikki Haley is attacking Twitter for labeling her tweet as potentially misleading while ignoring other problematic posts.

Sputnik News reported that dead people receiving ballots could be the tip of the iceberg in terms of voter fraud in the United States. The piece calls ballot harvesting a potential avenue for voter fraud in the election process. The outlet is owned by the Russian government.

@SteveHiltonx tweeted, "Ballot Harvesting...voter rolls "plagued with errors" (Pew)...a patchwork of dodgy technology...regardless of the impact on any party or candidate America clearly has the voting system of a banana republic or late 19th century big city political machine Investigate and Reform!"

**Questions:**

What is the difference between a vote recount and a vote audit? - from Quora

Was there really widespread election fraud? How many votes are we talking about? What evidence exists other than highly skewed vote counts late in the process? - from Quora

What evidence is out there to prove that Joe Biden committed fraud? - from Quora

*Stories about voting twice topped 400 for the fourth consecutive day. People voting twice has been a favorite claim of individuals trying to undermine the legitimacy of the election.*

###