# EXHIBIT 9

| Platform | Date of Post | Time of Post | Screenshot/Text/Link | Misinformation | Indicator | Tracking Number | Date Reported | Time Reported | Reporting Details | Social Media Action Taken | Result | Date Removed | Time Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citizen | 10/2/2020 | N/A | | Election Misinformation from Citizen App. | Incorrect Election Information | | 10/2/20 | 4:45 PM | A user of the Citizen app called our hotline to report that she had received an alert titled California Election Center. She reported, the post has incorrect information regarding the Election, particularly the date of the Election. | Post removed. | Removed | 10/2/20 | 7:48 PM |
| Facebook | 9/16/20 | 5:58 AM | | Screenshot: i'll vote for biden if one of his supporters sends me $500 dollars. if you're a biden supporter and decide to not send me $500 you're voting for trump. www.facebook.com/1488685372/posts/1021797198259 9681/?extid=zvXstmDOKWte5PmE& | Solicitation | N/A | 9/18/20 | 11:00 AM | Please see images attached. There is a thread we're reporting on Twitter - that's been screen shot and is circulating on Facebook. Facebook's notes reportable content as: any offers to buy or sell votes with cash or gifts so flagging with you as well in hopes of limiting its spread. It is a crime under state and federal law to solicit and to receive any consideration/money in exchange for voting, voting for someone, or not voting for someone. | Facebook removed post. | Removed | 9/18/20 | 12:10 PM |
| Facebook | 10/31/2020 | N/A | | I'm a member of a private Facebook group for rideshare drivers in the SF Bay area. A user going by "DC O'Bryan" claims to have obtained, and implies having voted, multiple ballots with the aim of defeating Proposition 22. In a reply to a comment on the post, the user says it's "not like [they] registered [their] dogs to get extra ballots." I don't know whether all of it is just foolish hot air meant to provoke. If it is, a call from an official might get the point across that you don't joke about election fraud. If it's not, and they're really stupid enough to write about criminal behavior online, then please see that they're prosecuted. Screenshots viewable here: photos.app.goo.gl/jv6EGZQTbHdNHv4r7 Permanent link to the post: www.facebook.com/groups/sfuberdrivers/permalink/316 7691863343122/ | Voting Twice | N/A | 11/1/2020 | 12:00 PM | Wanted to alert you to the following Facebook post where a user implies having voted with multiple ballots (screenshots attached). While we investigate internally, we recommend it be taken down as it is a misrepresentation of legal methods for voting.  Report: "I'm a member of a private Facebook group for rideshare drivers in the SF Bay area. A user going by "DC O'Bryan" claims to have obtained, and implies having voted, multiple ballots with the aim of defeating Proposition 22. In a reply to a comment on the post, the user says it's "not I ke [hey] registered [their] dogs to get extra ballots." I don;t know whether all of it is just foolish hot air meant to provoke. If it is, a call from an official might get the point across that you don't joke about election fraud. If it's not, and they're really stupid enough to write about criminal behavior online, then please see that they're prosecuted. Screenshots viewable here: photos.app.goo.gl/jv6EGZQTbHdNHv4r7 Permanent link to the post: www.facebook.com/groups/sfuberdrivers/permalink/3167691863343 122/" | Post removed. | Removed | 10/31/20 | 2:10 PM |
| Instagram | 10/28/2020 | 12:00 AM | | In the post voters are being asked to gerrymander and voter suppress their "trump supporting father's ballots". This is a clear example of voter suppression and we are concerned about the spread of misinformation this may cause as well as the distrust in the voting process and security of ballots this may present as well. Purposefully losing or destroying and keeping someone from exercising their right to vote is a crime.  https://www.instagram.com/p/CG0ax-YA0Ms/ | Voter Suppression | Emailed | 10/29/20 | 12:20 PM | We want to flag this Instagram post from: @Screenplaywale. In the post voters are being asked to gerrymander and voter suppress their "trump supporting father's ballots". This is a clear example of voter suppression and we are concerned about the spread of misinformation this may cause as well as the distrust in the voting process and security of ballots this may present as well. Purposefully losing or destroying and keeping someone from exercising their right to vote is a crime. | Post removed. | Removed | 10/28/20 | 3:27 PM |
| Instagram | 9/17/2020 | 9:00:00 AM | | Vote-by-Mail Registration. #recallnewsom. Doing our duty. Draining the swamp. Former actress claims all CA voters are now permanently vote-by-mail in video https://www.instagram.com/p/CFQqnFMDSbR/ | Permanent VBM | N/A | 9/21/20 | 12:00 PM | We wanted to flag this Instagram post: https://www.instagram.com/p/CFQqnFMDSbR/ from user @Samaire.xoxo. In the video - the participants claim that Gavin Newsom changed everyone's voting status to automatic, permanent mail in votes. We are concerned for the spread of this misinformation as it already has upwards of 40K views. The truth is that because of COVID-19, California passed a law to send every active, registered voter a vote-by-mail ballot for the November 3rd election, and only the November 3rd election. This does not change individuals voter preferences permanently and this misrepresentation of the method to vote/register this year has the potential for voter suppression and confusion. | Instagram removed post. | Removed | 9/21/20 | 12:50 PM |
| Instagram | 9/1/20 | N/A | | The post claims that the voting preference of California voters has been changed by Governor Newsom. This is incorrect. Earlier this year, Governor Newsom issued an executive order that directed California's counties to send every active, registered voter a vote-by-mail ballot ahead of the November 3, 2020 General Election. This Executive Order was followed up by AB860, which was signed into law by Governor Newsom. This order only pertains to the November 3, 2020 General Election. The permanent voting preference of voters has not been changed. There will also be in-person voting options available to any Californian voter that would like to vote in-person. | Permanent VBM | N/A | 8/31/20 | 2:33 PM | I would l ke to report this post because it claims that the voting preference of California voters has been changed by Governor Newsom. This is incorrect. Earlier this year, Governor Newsom issued an executive order that directed California's counties to send every active, registered voter a vote-by-mail ballot ahead of the November 3, 2020 General Election. This Executive Order was followed up by AB860, which was signed into law by Governor Newsom. This order only pertains to the November 3, 2020 General Election. The permanent voting preference of voters has not been changed. There will also be in-person voting options available to any Californian voter that would like to vote in-person. | I wanted to circle back and say the post has been deleted. | Removed | 8/31/2020 | 4:16 PM |
| Twitter | 11/12/2020 | 6:20:00 PM | Audit every California ballot. Election fraud is rampant nationwide and we all know California is one of the culprits. Do it to protect the integrity of that state's elections  https://twitter.com/DC_Draino/status/1327073866578096129 | Voter Fraud. Audit every California ballot. Election fraud is rampant nationwide and we all know California is one of the culprits. Do it to protect the integrity of that state's elections | Voter Fruad | Case# 0180994675: partner_election [ref:00DA0000000K0 A8.5004w0000225CN h:ref] | 11/17/20 | 12:31 PM | Hi, We wanted to flag this Twitter post: https://twitter.com/DC_Draino/status/1327073866578096129  From user @DC_Draino. In this post user claims California of being a culprit of voter fraud, and ignores the fact that we do audit votes. This is a blatant disregard for how our voting process works and creates disinformation and distrust among the general public. | Twitter flagged as misinformation. | Removed | | |
| Twitter | 10/31/2020 | | | This post lies about voter registration procedures, diminishing trust in our elections and threatening elections integrity. " https://twitter.com/RoxieCorleone/status/13223665498 35964416 | Voter Registration | Case# 0178813767 | 10/31/2020 | 12:36 PM | Reporting details: https://twitter.com/RoxieCorleone/status/1322366549835964416  This post lies about voter registration procedures, diminishing trust in our elections and threatening elections integrity. | Twitter locked account | Removed | 11/1 | 1:43 AM |
| Twitter | 10/6/2020 | 7:20:00 AM | The coming California voting disaster CA is facing:<br>• Millions of inactive voters receiving ballots<br>• USPS alarm not all ballots will be received on time<br>• Voter fraud as seen by the homeless br bing Prepare yourself for what is coming My latest.<br>https://twitter.com/CaliConsNews/status/1313484215045025792 | VBM Errors. The coming California voting disaster CA is facing:<br>- Millions of inactive voters receiving ballots<br>- USPS alarm not all ballots will be received on time<br>- Voter fraud as seen by the homeless br bing Prepare yourself for what is coming My latest | VBM Error | Case# 0175871430: partner_election [ref:00DA0000000K0 A8.5004A000020Ilsm :ref] | 10/8/20 | 4:28 PM | Hello, I'd like to report this tweet: https://twitter.com/CaliConsNews/status/1313484215045025792 Tweet provides misinformation about California ballots will all have errors due to registered voters receiving mail ballots. | After our review, we've locked the account for breaking our rules regarding civic integrity. Please keep in mind, the account owner does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweets that violated the rules, or updating specific account information. | Removed | 10/9 | 1:10 AM |
| Twitter | 10/7/2020 | 9:12:00 AM | A system of mass mail outs does not work as there are many mistakes and high potential for fraud. This is especially evident in blue states because Democrats have terr ble leadership and love to cheat. https://twitter.com/moli1021/status/1313874739903954949 | VBM Fraud. A friend I'm staying with in California received two (2) ballots in the mail. A system of mass mail outs does not work as there are many mistakes and high potential for fraud. This is especially evident in blue states because Democrats have terrible leadership and love to cheat. | VBM Fraud | Case# 0175871659: partner_election [ref:00DA0000000K0 A8.5004A000020IlsE: ref] | 10/8/20 | 4:30 PM | Hello, I'd like to report this tweet: https://twitter.com/moli1021/status/1313874739903954949 Tweet provides misinformation about California ballots will all have errors due to registered voters receiving mail ballots. And also states a system of mass mail outs does not work as there are many mistakes and high potential for fraud. This is especially evident in blue states because Democrats have terrible leadership and love to cheat. | After our review, we've locked the account for breaking our rules regarding civic integrity. Please keep in mind, the account owner does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweets that violated the rules, or updating specific account information. | Removed | 10/9 | 1:14 AM |
| Twitter | 9/27/2020 | 7:36:00 PM | Tweets falsely alleges ballots were found in Sonoma dumpster - does not mention they were recycled materials from 2018. https://twitter.com/sandyleevincent/status/1310407902511935488 | Ballot Collection/Harvesting. Tweet baselessly claims Orange County votes were fraudulent in 2018. 343 RTs, 678 likes as of 10:25am 9/28. | Ballot Collection | Case# 0174777320: partner_election [ref:00DA0000000K0 A8.5004A000020Ofc F:ref] | 9/29/20 | 11:58 AM | Tweet provides misinformation about California ballots will all have errors due to registered voters receiving mail ballots. | Twitter removed post. | Removed | 9/29 | 1:47 PM |

| Platform | Date of Post | Time of Post | Screenshot/Text/Link | Misinformation | Indicator | Tracking Number | Date Reported | Time Reported | Reporting Details | Social Media Action Taken | Result | Date Removed | Time Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twitter | 9/26/2020 | 12:52:00 PM | California! You need to check your voting registration NOW. (Along with a video that falsely claims all Californians have been moved to permanent vote by mail). https://twitter.com/intheMatrixxx/status/1309943907413827587 | Vote-by-Mail Registration. Twitter video falsely claims all CA voters have been moved to permanent vote-by-mail. 455 RTs, 481 likes as of 7:38pm 9/26. | Permanent VBM | Case# 0174780252: partner_election [ref:00DA0000000K0A8.5004A000020Og94:ref] | 9/29/20 | 12:31 PM | Hello, I'd like to report this tweet: https://twitter.com/intheMatrixxx/status/1309943907413827587 Tweets falsely claim all CA voters have been moved to permanent vote-by-mail and tweet wrongly asserts that Gov. Newsom unilaterally decided to mail ballots to all voters. | Twitter removed post. After our review, we've locked the account for breaking our rules regarding civic integrity. Please keep in mind, the account owner does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweets that violated the rules, or updating specific account information. | Removed | 10/6 | 12:08 AM |
| Twitter | 9/26/2020 | 5:44:00 AM | In my State of California, my Governor, Nancy Pelosi's nephew, by executive order unilaterally change voting law and mandated, "All voters will be mailed a ballot" What in California's constitution gives him authority to make law? We have a legislative body. Unconstitutional? https://twitter.com/alaphiah/status/1309836193907965953 | Vote-by-Mail Registration. Tweet wrongly asserts that Gov. Newsom unilaterally decided to mail ballots to all voters. 90 RTs, 109 likes as of 7:40pm 9/26. | Permanent VBM | Case# 0174780825: partner_election [ref:00DA0000000K0A8.5004A000020OgUG:ref] | 9/29/20 | 12:37 PM | Hello, I'd like to report this tweet: https://twitter.com/alaphiah/status/1309836193907965953 Tweets falsely claim all CA voters have been moved to permanent vote-by-mail and tweet wrongly asserts that Gov. Newsom unilaterally decided to mail ballots to all voters. | Twitter removed post. After our review, we've locked the account for breaking our rules regarding civic integrity. Please keep in mind, the account owner does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweets that violated the rules, or updating specific account information. | Removed | 10/6 | 12:09 AM |
| Twitter | 9/25/20 | 9:42 AM | California Man Finds THOUSANDS of What Appear to be Unopened Ballots in Garbage Dumpster —Workers Quickly Try to Cover Them Up Last night we received these photos from a reader in Petaluma, Ca. My dad was throwing away trash and saw them took pictures https://twitter.com/darhar981/status/1309533853967671297 | California Man Finds THOUSANDS of What Appear to be Unopened Ballots in Garbage Dumpster —Workers Quickly Try to Cover Them Up Last night we received these photos from a reader in Petaluma, Ca. My dad was throwing away trash and saw them took pictures | Sonoma County | Case# 0174581693: partner_election [ref:00DA0000000K0A8.5004A000020NZZr:ref] | 9/27/20 | 8:05 PM | Hello, I'd like to report this tweet: https://twitter.com/darhar981/status/1309533853967671297 This is a story being circulated on social media about ballots being thrown out in Sonoma County. This is a dangerous lie - Sonoma County has explained that they were empty envelopes and other election materials from the 2018 election, that were disposed of per their retention schedule. They were not in any way related to the current election. They were sent to processing immediately and are no longer accessible. This misinformation perpetuates a narrative about fraud in our elections that leads to voter suppression of voters who are misled to believe their vote doesn't count or the election is 'rigged'. The article the user shared was flagged as dangerous by Twitter. Tweet from Sonoma County explaining misinformation :https://twitter.com/countyofsonoma/status/1309588979545645056?s=21 | Twitter removed post. | Removed | | |
| Twitter | 9/21/2020 | 10:18 AM | CALIFORNIA! Check your voter status. Newsom's brood of vipers moved most of us to Permanent Mail voting. If you don't want that you need to go to http://registertovote.ca.gov to change it. It also appears that absentee ballots are now Vote by Mail which are handled differently. https://twitter.com/IminHisbook/status/1307730820417818624 | Ballots Mailed to All Voters. CALIFORNIA! Check your voter status. Newsom's brood of vipers moved most of us to Permanent Mail voting. If you don't want that you need to go to http://registertovote.ca.gov to change it. It also appears that absentee ballots are now Vote by Mail which are handled differently. | Permanent VBM | Case# 0173869959: partner_election [ref:00DA0000000K0A8.5004A000020BW1V:ref] | 9/21/20 | 4:30 PM | Report post - We wanted to flag this Twitter post: https://twitter.com/IminHisbook/status/1307730820417818624 from user @IminHisBook. In the post - the participants claim that Gavin Newsom changed everyone's voting status to automatic, permanent mail in votes. We are concerned for the spread of this misinformation. The truth is that because of COVID-19, California passed a law to send every active, registered voter a vote-by-mail ballot for the November election, and only the November 3rd election. This does not change individuals' voter preferences permanently and this misrepresentation of the method to vote/register this year has the potential for voter suppression and confusion. | Twitter removed post | Removed | | |
| Twitter | 9/10/20 | 9:08 AM | | @realDonaldTrump I just found out that Gov. Newsom just changed everyone in the state of California to mail in ballots. I had to re-register to vote so I can vote in person https://twitter.com/Michell76950584/status/1304089251072544768 | Permanent VBM/Bot Activity | Case# 0172429489: partner_election | 9/11/20 | 4:33 PM | Looks like bot activity based on name. Post lies about votes being automatically switched to VBM as preference, and implies people would have to reregister if they want to vote. This could cause voter suppression of anyone who thinks they can't vote in person because they didn't re-register. | Account suspended. | Removed | | |
| Twitter | 9/1/20 | 6:46 AM | | https://twitter.com/RieneRichard/status/1300792119716491264 This tweet promotes blatantly false voting information that could lead to voter suppression. While every California voter will receive a Vote-by-mail ballot, in-person voting options will still be made available | VBM-Only | Case# 0171155041 | 9/1/20 | 1:01 PM | https://twitter.com/RieneRichard/status/1300792119716491264 We would l ke to report this tweet because it promotes blatantly false voting information that could lead to voter suppression. While every California voter will receive a Vote-by-mail ballot, in-person voting options will still be made available | Post removed. | Removed | | |
| Twitter | 9/27/2020 | 7:52:00 PM | | Thousands of ballots found in California dumpster. VOTER Fraud is running rapid. Vote in person. https://twitter.com/OrlandoCamper/status/1310376842898157568 Ballot Disposal. Tweet falsely alleges ballots were found in Sonoma dumpster - does not mention they were recycled materials from 2018. 29 RTs, 24 likes as of 10:33am 9/28. https://twitter.com/lizglock40/status/1310412086426689536 | Sonoma County | Case# 0174778575: partner_election [ref:00DA0000000K0A8.5004A000020Of0A:ref] | 9/29/20 | 12:13 PM | Hello, I'd like to report this tweet: https://twitter.com/lizglock40/status/1310412086426689536 This is a story being circulated on social media about ballots being thrown out in Sonoma County. This is a dangerous lie - Sonoma County has explained that they were empty envelopes and other election materials from the 2018 election, that were disposed of per their retention schedule. They were not in any way related to the current election. They were sent to processing immediately and are no longer accessible. This misinformation perpetuates a narrative about fraud in our elections that leads to voter suppression of voters who are misled to believe their vote doesn't count or the election is 'rigged'. The article the user shared was flagged as dangerous by Twitter. Tweet from Sonoma County explaining misinformation :https://twitter.com/countyofsonoma/status/1309588979545645056?s=21 | Twitter found this account in violation of our Twitter Rules and we have taken appropriate action. Post still up as of 9/29 3:01 PM. | No Action Taken | | |
| Twitter | 9/16/20 | 5:58 AM | | i'll vote for biden if one of his supporters sends me $500 dollars. if you're a biden supporter and decide to not send me $500 you're voting for trump. https://twitter.com/antihoa/status/1306215766719688704 | Solicitation | Case# 0173337348: partner_election [ref:00DA0000000K0A8.5004A00001zrzv8:ref] | 9/18/20 | 11:00 AM | The user @Antihoa recently tweeted: https://twitter.com/antihoa/status/1306215766719688704. "I'll vote for biden if one of his supporters sends me $500 dollars. if you're a biden supporter and decide to not send me $500 you're voting for trump" - it's gotten significant reshares and though she's been alerted to the crime, she shows she doesn't care. This is a violation of Twitter's terms of service because it is a crime under state and federal law to solicit and or receive any consideration/money in exchange for voting, voting for someone, or not voting for someone. | Post still up as of 12/7 9:30 AM | No Action Taken | | |
| Twitter | 9/15/2020 | 5:52 PM | | If California can locate illegals to give them free money and voting ballots, then they should be able to find them to deport them. https://twitter.com/BradleyCongress/status/1306033060178210817 | Voter Qualification | Case# 0173335666: partner_election [ref:00DA0000000K0A8.5004A00001zrzlo:ref] | 9/16/20 | 10:45 AM | The tweet is misinformation and damages election integrity and leads to voter suppress. It states California gives voting ballots to illegal citizens - and only eligible citizens are able to vote. | Post still up as of 12/7 9:30 AM | No Action Taken | | |
| Twitter | 9/13/20 | 7:27 PM | | In 244 U.S. counties, there are more registered voters than there are people legally elig ble to vote. Twenty-nine states have counties with more registered voters than legal residents. And eight states have more registered voters than actual voting-age people. https://twitter.com/prageru/status/1305332188121116677 | Voter Qualification | Case# 0172781748: partner_election [ref:00DA0000000K0A8.5004A00001zp4d4:ref] | 9/14/20 | 12:39 PM | https://twitter.com/prageru/status/1305332188121116677 This tweet promotes false information about our elections that would lead to the suppression of voters across the nation. Voter fraud is virtually nonexistent in our elections and indicating it exists inherently leads to distrust in our elections process that would keep people from voting, and/or cause civil unrest if people do not believe the results. | Post still up as of 12/7 9:30 AM | No Action Taken | | |

| Platform | Date of Post | Time of Post | Screenshot/Text/Link | Misinformation | Indicator | Tracking Number | Date Reported | Time Reported | Reporting Details | Social Media Action Taken | Result | Date Removed | Time Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twitter | 9/10/2020 | 11:22:00 PM | | Double-voting. Yes, he did. I plan on voting several times. I can only vote once in my state because we have to show ID. But, I'm flying to California where I'll vote as many times as I can, plus I should be able to send in quite a few mail-in ballots. How about you? https://twitter.com/vwmfalcon21/status/1304304292552204288 | Double Voting | Case# 0172782201: partner_election [ref:00DA0000000K0A8.5004A00001zp4iz:ref] | 9/14/20 | 12:47 PM | Tweet indicates you can vote more than once, promotes distrust in elections process, and indicates attempt at voter fraud which is illegal. All of which could lead to voter supporession. | Post still up as of 12/7 9:30 AM | No Action Taken | | |
| Twitter | 11/3/2020 | 6:47 AM | | Voting fraud in Dem States California Cheating, cheating.. They give me paper to fill out Then I scan it into a scanner This is stored in a hard drive This hard drive will be loaded into internet on Election Day They can reject this hard drive and load their default hard drive | Voter Fraud | Case# 0179172911: partner_election [ref:00DA0000000K0A8.5004A000021Jg1k:ref] | 11/3/2020 | 11:10 AM | We wanted to flag this Twitter post: https://twitter.com/JanePK/status/1323637872310714369 from user @JanePK. In this post user claims election officials will use alternate hard drive to commit election fraud. This accusation can lead to voter distrust and should be addressed accordingly. | Thanks for your report. After our review, we've locked the account for breaking our rules. Please keep in mind, the account does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweet(s) that violated the rules, having their account features be temporarily limited or updating specific information on their account. | Removed | 11/4 | 2:01 AM |
| Twitter | 11/3/2020 | 11:27 AM | No worries i used an alias when voting in person. No id needed so it was easy. Thinking of going back later today if the lines arent too long. https://twitter.com/dailyTT3/status/1323708441127350272 | No worries i used an alias when voting in person. No id needed so it was easy. Thinking of going back later today if the lines arent too long. | Voter Fraud | Case# 0179201999: partner_election [ref:00DA0000000K0A8.5004A000021Jpua:ref] | 11/3/2020 | 4:30 PM | We wanted to flag this Twitter post: https://twitter.com/dailyTT3/status/1323708441127350272 From user @dailyTT3. In this post user claims he used an alias when voting in person. No ID needed so it was easy. Thinking of going back later today if the lines aren't too long. This is voter fraud and needs to be address accordingly. | Thanks for your report. After our review, we've locked the account for breaking our rules. Please keep in mind, the account does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweet(s) that violated the rules, having their account features be temporarily limited or updating specific information on their account. | Removed | 11/4 | 4:33 AM |
| Twitter | 9/25/20 | 7:50 AM | | Repeated pic of drop box with words unmanned and unmonitored vote in person no one is watching these https://twitter.com/BrianGoodlife/status/1309505665048567816 | Drop Box Security | Case# 0174779241: partner_election [ref:00DA0000000K0A8.5004A000020Ofi5:ref] | 9/29/20 | 12:19 AM | Hello, I'd like to report this tweet: https://twitter.com/BrianGoodlife/status/1309505665048567816 from user @BrianGoodlife. The post presents misinformation and it is also inaccurate and misrepresents voter rolls, ballot collection, and the security and safety of drop boxes. Leading to potential confusion with the public. User routinely posts misinformation regarding the election/voting and continues to post that mail in ballot collection boxes are unmanned and unmonitored. | Twitter removed post. After our review, we've locked the account for breaking our rules regarding civic integrity. Please keep in mind, the account owner does have the option to take the actions we've requested to have their account unlocked. This can include deleting the Tweets that violated the rules, or updating specific account information. | Removed | 10/6 | 12:07 AM |
| Twitter | 9/24/20 | 8:23 AM | Easy target. Would you be concerned if largely Democrat precinct boxes might be targeted? I'm concerned mostly Republican precincts will be targeted. The rioters have shown they will sow whatever division and chaos they can. Use common sense Ms. PhD. Mail in drop boxes are unmanned and unmonitored. Vote in person. Antifa/BLM can destroy 1000s of ballots with bleach, acid and gas. https://twitter.com/BrianGoodlife/status/1309151581556924419 | Easy target. Would you be concerned if largely Democrat precinct boxes might be targeted? I'm concerned mostly Republican precincts will be targeted. The rioters have shown they will sow whatever division and chaos they can. Use common sense Ms. PhD. Mail in drop boxes are unmanned and unmonitored. Vote in person.Antifa/BLM can destroy 1000s of ballots with bleach, acid and gas. | Drop Box Security | Case# 0174240113: partner_election [ref:00DA0000000K0A8.5004A000020DQtU:ref] | 9/24/20 | 4:51 PM | We want to flag a post from @BrianGoodlife where he states Mail-in ballot drop boxes are unmanned and unmonitored. On the grounds that its misinformation and misrepresents the voting process and when votes are counted. Leading to potential confusion with the public. https://twitter.com/BrianGoodlife/status/1309151581556924419 | Twitter removed post | Removed | | |
| Twitter | 9/24/20 | 6:59 AM | Vote In Person at your polling place. CA SOS has closed hundreds of poll locations so use your local County Registrars website to locate the nearest one. Oh and Dropboxes are unsafe. https://twitter.com/BrianGoodlife/status/1309130427899277313 | Vote In Person at your polling place. CA SOS has closed hundreds of poll locations so use your local County Registrars website to locate the nearest one. Oh and Dropboxes are unsafe. | Drop Box Security | Case# 0174241087: partner_election [ref:00DA0000000K0A8.5004A000020DR7Z:ref] | 9/24/20 | 5:04 PM | Report post - We wanted to flag this Twitter post:https://twitter.com/BrianGoodlife/status/1309130427899277313 from user @BrianGoodlife. The post presents misinformation and it is also inaccurate and misrepresents voter rolls, ballot collection, and the security and safety of drop boxes. Leading to potential confusion with the public. User routinely posts misinformation regarding the election/voting. | Twitter removed post | Removed | | |
| Twitter | 10/13/2020 | 4:44 AM | | California hired a pure Sleepy Joe Democrat firm to count and "harvest" votes. No way Republicans get a fair shake. Lawyers, get started!!! @GOPLeader California is in big trouble. Vote Trump and watch the greatest comeback of them all!!! Also, New York and Illinois - go for it! The statement in this tweet that "California hired a pure Sleepy Joe Democrat firm to count and "harvest" votes." is completely false. https://twitter.com/realDonaldTrump/status/1315981668784709632 | Ballot Collection/Harvesting | Case# 0176459384: partner_election [ref:00DA0000000K0A8.5004A000020oR2m:ref] | 10/13/2020 | 4:01 PM | The statement in this tweet that "California hired a pure Sleepy Joe Democrat firm to count and "harvest" votes." is completely false: https://twitter.com/realDonaldTrump/status/1315981668784709632?s=20 Ballots in California are only counted by local elections officials in an open and transparent process. This tweet undermines voters confidence that their votes will be fairly and properly counted. Please see relevant election codes:Relevant ECs 15004,15104,15360 re public observation From our Voting Law Compliance Handbook: sos.ca.gov/elections/publications-and-resources/voting-law-compliance-handbook I would like to watch how ballots get counted on election night to see how it works. Is this process open to the public? [Please contact your county elections official to ask if there are COVID-19 specific instructions related to elections observers.] Yes. The entire process, from the opening of the vote-by-mail ballot envelopes to the counting of ballots on election night is open to the public. (Elections Code §§ 15004, 15104) Contact your local election official for more information on observing the process on election night. Additionally, to test the accuracy of the counting machines prior to the official certification of election results, each county election official must conduct a public manual count of the ballots cast in one percent of the precincts or a two-part public manual count; the ballots counted are chosen at random by the election official. (Elections Code § 15360) Relevant ECs 15101 re county's as entities who county: Jurisdictions count ballots through a detailed process in EC 15100 et seq. | We're writing to let you know that after a review, we didn't find a violation of our civic integrity policy in the content you reported. | No Action Taken | | |
| Twitter | 9/21/20 | 9:48 PM | | @AlexPadilla4CA Just letting you know my absentee ballot has already been cast…. some how with out ever reaching my house. Not I king this. #DNC2020 #DNC #California https://twitter.com/underhil4517/status/1308221513263271938 | Ballot Cast Prior to Date | Case# 0174240603: partner_election [ref:00DA0000000K0A8.5004A000020DQzs:ref] | 9/24/20 | 4:57 PM | Report post - We wanted to flag this Twitter post:https://twitter.com/underhil4517/status/1308221513263271938 from user @underhill4517. The post presents misinformation and misrepresents the voting process and when votes are counted. Leading to potential confusion with the public. User routinely posts misinformation regarding the election/voting. | Post still up as of 9/25 3:24 PM | No Action Taken | | |
| YouTube | 11/9/2020 | N/A | This individual made a youtube video of himself registering to vote (or attempting to) under a fake alias ("Marco Fernandez" in Los Angeles County, California, in hopes of the video going viral. (He is also spreading false information about CA voter laws.) https://www.youtube.com/watch?v=r-hyOI_10E4&t=130s | I would like to report voter registration fraud.This individual made a youtube video of himself registering to vote (or attempting to) under a fake alias ("Marco Fernandez") in Los Angeles County, California, in hopes of the video going viral. (He is also spreading false information about CA voter laws.) Here is the video: https://www.youtube.com/watch?v=r-hyOI_10E4&t=130s The individual who made the video is Paul Leach 6021 Hackers Ln Agoura Hills, CA 91301-1409 DOB: July 20, 1972 The fake email he used is marcofern72@yahoo.com. He may also go by an alias: Paul Soleil To the best of my knowledge, the information I have provided is correct. Thank you so much for looking into this matter. | Voter Fraud | N/A | 11/13/2020 | 11:31 AM | Hi all, My name is Jenna Dresner with the Office of Election Cybersecurity for the California Secretary of State. I wanted to report this video where an individual made a Youtube video of himself attempting to register to vote under a fake alias. The videographer makes false claims around California elections, including that it would be easy for non-citizens to vote, that there are many "fake registered voters" out there, and that you could pay masses of people to set up fake voter registrations to sway elections. Aside from being false, these claims fuel distrust in our elections and display an intent at multiple cases of voter fraud which are illegal. Here is the video: https://www.youtube.com/watch?v=r-hyOI_10E4&t=130s Please let me know if you need additional information. Jenna | YouTube removed post | Removed | 12/8/20 | 10:13 AM |

| Platform | Date of Post | Time of Post | Screenshot/Text/Link | Misinformation | Indicator | Tracking Number | Date Reported | Time Reported | Reporting Details | Social Media Action Taken | Result | Date Removed | Time Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YouTube | 9/22/2020 | 2:00:00 PM | "The states are taking reasonable steps to clean up the rolls and that led in part to a settlement with Los Angeles county in Californian Michigan they chant the court uh one court judge changed the rules to allow them to count ballots 14 days after the election and mandated ballot harvesting and what is ballot harvesting it basically means anybody can take anyone's ballot and bring it to the polling place again more opportunity". https://www.youtube.com/watch?v=rYhZobZ-5IM#:~:text=california&text=ballot&text=harvesting&text=california&text=california | "the the states are taking reasonable steps to clean up the rolls and that led in part to a settlement with los angeles county in californiain michigan they chant the court uh one court judge changed the rules to allow them to count ballots 14 days after the election and mandated ballotharvesting and what is ballot harvesting it basically means anybody can take anyone's ballot and bring it to the polling place again more opportunity"....Ballot Collection/Harvesting; Voter Rolls. Head of conservative group Judicial Watch hosts video alleging Democrats benefit from incorrect voter rolls and ballot collection. Has 2,398 views as of 4:07pm 9/22. | Ballot Collection | Emailed YouTube no case# yet. | 9/24/20 | 4:40 PM | Report video- We wanted to flag this YouTube video because it misleads community members about elections or other civic processes and misrepresents the safety and security of mail-in ballots. https://www.youtube.com/watch?v=rYhZobZ-5IM#:~:text=california&text=ballot&text=harvesting&text=california&text=california | Video was removed from YouTube | Removed | 9/27/20 | 7:04 PM |