# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROGAN O'HANDLEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEX PADILLA, in his personal capacity;<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-04954-CBM(PDx)<br><br>**ORDER GRANTING STIPULATION OF ALL PARTIES TO TRANSFER THIS ACTION TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Courtroom: 18B<br>Judge: Hon. Consuelo B. Marshall |

**ORDER**

Pursuant to Stipulation between the Parties and upon consideration of the arguments presented therein, and other pleadings and documents on record in this action, the stipulation to transfer is granted pursuant to 28 U.S.C. §1404(a), and the captioned action is hereby transferred to the U.S. District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: September 10, 2021.      _____
Hon. Consuelo B. Marshall
United States District Judge

1