1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| ROGAN O'HANDLEY, | Case No. 2:21-cv-04954-CBM(PDx) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION OF ALL PARTIES TO EXTEND THE PARTIES' BRIEFING SCHEDULE AND CONTINUE THE NOVEMBER 23, 2021 HEARING** |
| v. | |
| ALEX PADILLA, in his personal capacity; et. al., | |
| Defendants. | Courtroom: 18B<br>Judge: Hon. Consuelo B. Marshall |

**ORDER**

Pursuant to Stipulation between the Parties and good cause having appeared, and in light of the order granting the parties' stipulation to transfer this action to the Northern District of California, it is hereby ORDERED that the deadlines set by this Court for Defendants to file their initial responsive pleadings and/or dispositive motions, Plaintiff to file his opposition/response to any dispositive motion filed by any Defendant, and Defendants to file any reply briefs in support of their respective dispositive motions, and the November 23, 2021 hearing are VACATED.

The parties shall seek to establish a new schedule for filing and briefing of motions to dismiss or other responses to the complaint in accordance with the rules, orders, and practices of the transferee court.

**IT IS SO ORDERED.**

Dated:  September 10, 2021.                             _____
                                                                                 Hon. Consuelo B. Marshall
                                                                                 United States District Judge